PATRICK J. HOGUE, Respondent, *v.* MORRIS W. SIMONSON et al.,
Appellants.

*Hogue* v. *Simonson*, 114 App. Div. 906, affirmed.
(Argued May 8, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered June
7, 1906, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for an alleged breach of warranty.

· *M. A. Leary* for appellants.

*Monroe Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BART-
LETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

HARRY P. WHITAKER, Respondent, *v.* JENNY K. STAFFORD,
Appellant.

*Whitaker* v. *Stafford*, 114 App. Div. 900, affirmed.
(Argued May 8, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
22, 1906, affirming a judgment in favor of plaintiff entered
upon the report of a referee in an action by a surviving part-
ner to recover from the residuary legatee of his deceased
partner money paid by him upon a partnership debt.

*John L. Romer* for appellant.

*Frank Brundage* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BART-
LETT and CHASE, JJ. Absent: CULLEN, Ch. J.